# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **KRISTEN KELLY** | : | **CIVIL ACTION** |
| *Plaintiff* | : | |
| | : | **NO. 14-4932** |
| **v.** | : | |
| | : | |
| **CITY OF PHILADELPHIA, et al.** | : | |
| *Defendants* | : | |

# O R D E R

**AND NOW,** this 5th day of October 2015, upon notification that the issues between Plaintiff and Defendants have been settled, it is hereby **ORDERED** that all claims against said Defendants are DISMISSED with prejudice, pursuant to the agreement of the parties. To conform to Local Rule of Civil Procedure 41.1(b), the Clerk of Court is directed to enter this Order and to mark this case closed.

**BY THE COURT:**

NITZA I. QUIÑONES ALEJANDRO, J.